THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THEODORE MASELKIEWICZ, Appellant.

Argued September 28, 1939; decided November 14, 1939.

*John J. Kane* and *Frank E. Freedman* for appellant.

*Leo J. Hagerty, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.